IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK J. MEY,

    Petitioner,

v.

REED RICHARDSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-740-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Mark J. Mey's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                            4/19/2017

Peter Oppeneer, Clerk of Court                  Date