IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK J. MEY,

        Petitioner,

and

REED RICHARDSON,

        Respondent.

**NOTICE OF APPEAL**

Case No: 15-cv-740-jdp

## NOTICE OF APPEAL

Notice is hereby given that Mark J. Mey, the Petitioner, in the above named case, hereby appeal to the United States Court of Appeals for the United States District Court for the Western District of Wisconsin from an order dismissing Petitioner's petition for a writ of habeas corpus entered in this action on the 19th day of April, 2017.

Dated this 11th day of May, 2017.

Chris A. Gramstrup
State Bar #1014456
1409 Hammond Ave, Suite 322
Superior, WI 54880
715-392-5700